# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TURNBERRY PAVILION PARTNERS, L.P.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>M.J. DEAN CONSTRUCTION COMPANY,<br><br>　　　　Defendant. | Case No. 2:07-CV-01042-KJD-PAL<br><br>**ORDER** |

Presently before the Court is Defendant's Motion for Attorney Fees, Costs, and Interest (#38) filed April 14, 2009. Plaintiff's Notice of Appeal was filed April 29, 2009. Mandate of the Ninth Circuit Court of Appeals issued December 28, 2010 reversing and remanding the judgment of the District Court. Accordingly, Defendant's motion is hereby **DENIED as moot**.

DATED this 4th day of March 2011.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　United States District Judge