1  MEGAN K. DORSEY, ESQ.
   Nevada Bar No. 6959
2  IAN GILLAN, ESQ.
   Nevada Bar No. 9034
3  KOELLER, NEBEKER, CARLSON & HALUCK, LLP
4  300 South Fourth Street, Suite 500
   Las Vegas, NV 89101
5  Tel: (702) 853-5500
   Fax: (702) 853-5599
6  Attorneys for Defendant,
7  M.J. DEAN CONSTRUCTION, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TURNBERRY PAVILION PARTNERS, L.P.<br><br>Plaintiff,<br><br>v.<br><br>M.J. DEAN CONSTRUCTION, INC.<br><br>Defendant. | Case No.: 2:07-cv-01042-KJD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED BY AND BETWEEN**, Defendant, M.J. DEAN CONSTRUCTION, INC., by and through its counsel of record, Megan K. Dorsey, Esq., and Ian P. Gillan, Esq., of the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, TURNBERRY PAVILION PARTNERS, L.P., by and through its counsel of record, Steve Morris, Esq., and Akke Levine, Esq., of the law firm of MORRIS PETERSON that

///

///

///

///

///

114842-1

Plaintiff dismisses its Complaint against Defendant with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 29 day of December, 2011.          DATED this 29 day of December, 2011.

KOELLER, NEBEKER, CARLSON          MORRIS PETERSON
& HALUCK, LLP

By: /s/ Megan Dorsey                           By: /s/ Steve Morris
MEGAN K. DORSEY, ESQ.                          STEVE MORRIS, ESQ
Nevada Bar No. 6959                            Nevada Bar No. 1543
IAN P. GILLAN, ESQ.                            AKKE LEVIN, ESQ.
Nevada Bar No. 9034                            Nevada Bar No. 9102
300 South Fourth Street, Suite 500             300 South Fourth Street, Suite 900
Las Vegas, NV 89101                            Las Vegas, NV 89101
Attorneys for Defendant,                       Attorney for Plaintiff,
M.J. DEAN CONSTRUCTION, INC.                   TURNBERRY PAVILION PARTNERS, L.P.

**ORDER**

**IT IS SO ORDERED.**

_____
**United States District Court** ~~Magistrate~~ **Judge**

**DATED:** January 10, 2012

Respectfully Submitted By:

KOELLER NEBEKER CARLSON
& HALUCK, LLP

By: /s/ Megan Dorsey
MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendant
M.J. DEAN CONSTRUCTION, INC.

114842-1