1  MEGAN K. DORSEY, ESQ.
   Nevada Bar No. 6959
2  IAN GILLAN, ESQ.
   Nevada Bar No. 9034
3  KOELLER, NEBEKER, CARLSON & HALUCK, LLP
4  300 South Fourth Street, Suite 500
   Las Vegas, NV 89101
5  Tel: (702) 853-5500
   Fax: (702) 853-5599
6  Attorneys for Defendant,
7  M.J. DEAN CONSTRUCTION, INC.

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10 TURNBERRY PAVILION PARTNERS,    )   Case No.: 2:07-cv-01042-KJD-PAL
11 L.P.                            )
                                   )   **STIPULATION AND ORDER FOR**
12              Plaintiff,         )   **DISMISSAL WITH PREJUDICE**
                                   )
13 v.                              )
                                   )
14 M.J. DEAN CONSTRUCTION, INC.    )
                                   )
15              Defendant.         )

16    **IT IS HEREBY STIPULATED BY AND BETWEEN**, Defendant, M.J. DEAN
17 CONSTRUCTION, INC., by and through its counsel of record, Megan K. Dorsey, Esq., and
18 Ian P. Gillan, Esq., of the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP,
19 and Plaintiff, TURNBERRY PAVILION PARTNERS, L.P., by and through its counsel of
20 record, Steve Morris, Esq., and Akke Levine, Esq., of the law firm of MORRIS PETERSON
21 that
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

114842-1

Plaintiff dismisses its Complaint against Defendant with prejudice, each party to bear its own attorneys' fees and costs.

DATED this 29 day of December, 2011.   DATED this 29 day of December, 2011.

KOELLER, NEBEKER, CARLSON & HALUCK, LLP

By: /s/ Megan Dorsey
MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendant,
M.J. DEAN CONSTRUCTION, INC.

MORRIS PETERSON

By: /s/
STEVE MORRIS, ESQ
Nevada Bar No. 1543
AKKE LEVIN, ESQ.
Nevada Bar No. 9102
300 South Fourth Street, Suite 900
Las Vegas, NV 89101
Attorney for Plaintiff,
TURNBERRY PAVILION PARTNERS, L.P.

**ORDER**

**IT IS SO ORDERED.**

/s/
United States District Court ~~Magistrate~~ Judge

DATED: January 10, 2012

Respectfully Submitted By:

KOELLER NEBEKER CARLSON & HALUCK, LLP

By: /s/ Megan Dorsey
MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
IAN P. GILLAN, ESQ.
Nevada Bar No. 9034
300 South Fourth Street, Suite 500
Las Vegas, NV 89101
Attorneys for Defendant
M.J. DEAN CONSTRUCTION, INC.

114842-1